UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY ELIZE ROWLEY                           CIVIL ACTION

VERSUS                                       NUMBER: 06-10807

DANIEL BRYANT                                SECTION: "J"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 17th day of March, 2007.

UNITED STATES DISTRICT JUDGE